**Order entered March 8, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01203-CV

## EBF PARTNERS, LLC, Appellant

## V.

## REACH ENERGY, LLC, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-01188-A**

## ORDER

Before the Court is appellant's March 6, 2018 agreed motion for extension of time to file reply brief. We **GRANT** the motion and **ORDER** the brief be filed no later than March 26, 2018.

/s/     DAVID EVANS
         JUSTICE